IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMIKA PRESSLEY, AS NEXT FRIEND OF MAHAMMADO LAMINE GAKOU, | : No. 3:25cv2160 |
| | : (Judge Munley) |
| Petitioners | : |
| v. | : |
| WARDEN OF PIKE COUNTY CORRECTIONAL FACILITY, | : |
| Respondent | : |

## ORDER

**AND NOW**, to wit, this 19th day of November 2025, upon preliminary consideration of the petition for writ of habeas corpus pursuant 28 U.S.C. § 2241 (Doc. 1), and in accordance with the memorandum of the same date, it is hereby **ORDERED** that:

1. The habeas petition is **DISMISSED** without prejudice for lack of jurisdiction. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court